*E-Filed: December 17, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD G. CLEMENT, | No. C14-03299 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| NDEx WEST, LLC; WELLS FARGO HOME MORTGAGE; and DOES 1-10 Inclusive, | |
| Defendants. | |

A case management conference was held on December 16, 2014. Plaintiff Richard G. Clement did not appear at the case management conference or file a Case Management Statement. Accordingly, Plaintiff shall appear on **January 13, 2015, at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed for Plaintiff's failure to prosecute. Plaintiff shall file a Statement in response to this Order to Show Cause no later than **January 6, 2015**. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED**.

Dated: December 17, 2014

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-03299 HRL Notice will be electronically mailed to:**

Elizabeth Christine Hehir    chehir@afrct.com, afrctecf@afrct.com, cdaniel@afrct.com, emartinez@afrct.com

**C14-03299 HRL Notice will be mailed to:**

Richard G. Clement
3894 Willow Park Drive
San Jose, CA 95118

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**