\*E-Filed: January 13, 2015\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD G. CLEMENT, | No. C14-03299 HRL |
| Plaintiff, | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| v. | |
| NDEx WEST, LLC; WELLS FARGO HOME MORTGAGE; and DOES 1-10 Inclusive, | |
| Defendants. | |

A case management conference was held on December 16, 2014. Plaintiff Richard G. Clement did not appear at the case management conference or file a Case Management Statement. Plaintiff was ordered to appear on January 13, 2015 and show cause why this case should not be dismissed for Plaintiff's failure to prosecute. Plaintiff did not file a statement in response to the Order to Show Cause, nor did Plaintiff appear at the Show Cause hearing. Accordingly, this action is dismissed without prejudice for failure to prosecute. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: January 13, 2015

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-03299 HRL Notice will be electronically mailed to:**

Elizabeth Christine Hehir     chehir@afrct.com, afrctecf@afrct.com, cdaniel@afrct.com, emartinez@afrct.com

**C14-03299 HRL Notice will be mailed to:**

Richard G. Clement
3894 Willow Park Drive
San Jose, CA 95118

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**